

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00391-CR

JORGE DAVID
MARTINEZ

APPELLANT

V.

THE STATE OF TEXAS

STATE

------------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Jorge David Martinez was convicted of felony driving while intoxicated on January 25, 2010, after he pleaded guilty in exchange for fifteen years' confinement.

On August 23, 2012, we received a notice of appeal from Martinez. On August 24, 2012, we sent Martinez a letter stating that we were concerned that we may not have jurisdiction over the appeal because the notice of appeal was

---

[1]*See* Tex. R. App. P. 47.4.

not timely filed and because the trial court's certification of his right of appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2, 26.2. We instructed Martinez or any party desiring to continue the appeal to file a response by September 10, 2012, showing grounds for continuing the appeal, or the appeal would be dismissed. *See* Tex. R. App. P. 44.3. No response has been filed. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2, 26.2, 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 4, 2012